**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-7778**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DURWOOD WAYNE STONE, a/k/a Larue Godwin,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City.  Lacy H. Thornburg, District Judge.  (CR-91-106)

───────────

Submitted:  January 12, 1999        Decided:  March 19, 1999

───────────

Before WIDENER, WILKINS, and MOTZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Durwood Wayne Stone, Appellant Pro Se.  Brian Lee Whisler, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Durwood Stone appeals the district court's denial of his motion to amend his presentence investigation report. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Stone</u>, No. CR-91-106 (W.D.N.C. Nov. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2